# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHEN TAMUFOR FON, | Case No. 1:21-cv-00171-SAB-HC |
|---|---|
| Petitioner, | |
| v. | ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |
| ALEJANDRO MAYORKAS, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In the petition, Petitioner challenges his prolonged detention on due process and Eighth Amendment grounds in addition to his exposure to illness and consequences of death through exposure to COVID-19. (ECF No. 1 at 6).[1] Petitioner is currently detained at the Imperial Regional Detention Facility in Calexico, California, which is located in the Southern District of California. (Id. at 1).

Here, Petitioner challenges his present physical confinement. Therefore, venue is proper in the district of confinement, which is the Southern District of California. See Padilla v. Rumsfeld, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute [28 U.S.C.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

§ 2241] thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Dated: **February 17, 2021**

UNITED STATES MAGISTRATE JUDGE

2